IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SILVERIO VASQUEZ SALDAÑA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONESBORO FURNITURE OUTLET, INC., ROYAL MANUFACTURING, INC., LILIA T. LIU a.k.a. KUO JANE LIU,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:11-CV-04342-SCJ |

**O R D E R**

THIS MATTER is before the Court on the parties' renewed Joint Motion for Approval of Settlement Agreement of litigation brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq. [Doc. No. 24].[1]

The parties request that the Court review and approve the proposed Settlement Agreement in this case because Plaintiff's Complaint includes claims under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.

The Court has reviewed the proposed Settlement Agreement and the factual statements in support of the joint motion for approval – which show a *bona fide* dispute, an

---

[1] By order dated October 1, 2012, the Court denied the parties' initial joint motion for approval of settlement agreement due to insufficient information being provided for the court to determine fairness and reasonableness. Doc. No. 23. In the present motion, the parties have added additional factual background and an affidavit from plaintiff's counsel in order for the Court to determine the bona fides of the dispute and the reasonableness of the negotiated amount of attorney's fees.

evidentiary challenge posed by the lack of complete records of each party, and litigation risks. The Court finds that given the *bona fide* dispute, the litigation risks faced by each party, as well as the apparent evidentiary challenge posed by the lack of complete records of each party, the settlement is a fair and reasonable to the employee and furthers implementation of FLSA in the workplace.

The Court further finds that the attorney's fees to be recovered are reasonable in terms of assurance of adequate compensation and the absence of a conflict of interest so as to taint the amount the employee/plaintiff will recover.

## CONCLUSION

Accordingly, Joint Motion for Approval of Settlement Agreement. [Doc. No. 24] is hereby **GRANTED**, and the Settlement Agreement and General Release [Doc. No. 24-1] is **APPROVED** and incorporated herein. This Court shall retain jurisdiction over this matter until the terms set forth in Paragraph 2 of the Settlement Agreement have been satisfied. In accordance with the terms of paragraph 2 of the Settlement Agreement, Plaintiff shall file a stipulation of dismissal with prejudice of this action within ten (10) business days of payment.

**IT IS SO ORDERED**, this 22nd day of October, 2012.

s/Steve C. Jones
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE
